Appeal No. 05-15-00525-CV

RECEIVED
Court of Appeals
MAY 0 5 2015
Lisa Matz
Clerk, 5th District

FILED IN
COURT OF APPEALS

MAY 0 5 2015

LISA MATZ
CLERK, 5th DISTRICT

Donald Davis                        §        IN THE
APPELLANT                           §
v.                                  §        5TH COURT OF APPEALS
Attorney General                    §
APPELLEE                            §        DALLAS, TEXAS

## Appellant's Docketing Statement

TO THE HONORABLE COURT:

In accordance with Tex. R. App. P. 32.1, Appellant makes the following statements:

1). Appellant is Donald Davis incarcerated at TDCJ ID# 1326046 Robertson Unit 12071 FM 3522 Abilene, TX 79601 mailed Notice of Appeal to district clerk Gary Fitzsimmons of the 301st District Court of Dallas County, TX on 4-13-15 appealing the final judgment entered by Honorable Judge Mary Brown on 1-29-15. Appellant is not represented by counsel, and is preceding pro se in this matter.

3). Appellant filed post judgment motions for modification of judgment and order of dismissal to adjudge costs/sanction/taxation to the prevailing party on 2-3-15, amended 2-5-15, and 2-19-15.

3). Appellee is the Attorney General Rande K. Herrell Child Support Division P.O. Box 12017 (MC 038-1) Austin, TX 78711-2017.

4). This is a child support case brought by Attorney General that was dismissed for want of prosecution on 1-29-15 in failing to show good cause for its suit.

5). This is ordinary appeal for review as to whether trial court abused its discretion in not awarding recovery of cost to prevailing party, and the overruling of sanction motion.

6). Appellant has requested preparation of the clerk's record and for free copy of the clerk's transcript.

7). Kim Allen is the official reporter, and reportr record is not requested.

8). Temporary or ancillary relief is not sought pending this appeal.

9). Appellant's affidavit of indigency was mailed 4-13-15.

10). No contest to affidavit of indigency is filed at this time.

11). Appellant has not filed or will file a supersedes bond.

Donald Davis certify that the foregoing statements are true and correct

signed this **30th** day of April, 2015.

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

# Certificate Of Service

Donald Davis certify that on the 30TH day of April, 2015 he mailed copy of Docketing Statement to: Rande K. Herrell Attorney General-Child Support Division P.O. Box 12017 (MC 038-1) Austin, TX 78711-2017 by placing same in mailbox at the Robertson Unit.

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

Lisa Matz, Clerk
5TH Court of Appeals
600 Commerce St. Suite 200
Dallas, TX 75202

4-30-15

Re: Court of Appeals No. 05-15-00525-CV
    Trial Court Case No. DF-05-01417-T
    Donald Davis v. Attorney General

**Please File Appellant's Docketing Statement; and Certificate of Service.**

Ms. Matz:

Enclosed for filing is the above. Please bring to the attention of the court. Thank you.

Sincerely,

Donald Davis
TDCJ ID# 1326046
Robertson Unit
12071 FM 3522
Abilene, TX 79601

CC/Enclosures:

Rande K. Herrell
Attorney General — Child Support